UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EMANUEL RIVERA FUENTES**<br>**Plaintiff**<br><br>v.<br><br>**ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, in his official and personal capacity, NANCY A. BERRYHILL, in her official and personal capacity, UNITED STATES SOCIAL SECURITY ADMINISTRATION, JOHN DOE, in his official and personal capacity, JANE DOE, in her official and personal capacity, ET AL.**<br><br>**Defendants** | **CIV. NO.   03:20-CV-01444**<br><br>**CLASS ACTION**<br><br>**DECLARATORY JUDGMENT, INJUNCTION, DAMAGES**<br><br>**JURY DEMAND** |

### MOTION REQUESTING ORDER FOR SERVICE PURSUANT TO FRCP 4(e)(2)(c) OR FRCP 4 (c)(3)

**TO THE HONORABLE COURT:**

**PLAINTIFF**, **EMANUEL RIVERA FUENTES**, represented by his father, Abraham Rivera Berríos, pursuant to FRCP 17(c), on his own behalf and on behalf of all similarly situated aged, blind and disabled persons residing in Puerto Rico, through the undersigned legal representative, hereby appears, and for good cause, alleges and very respectfully requests:

On this same date, Plaintiff has filed a Complaint that includes as Defendants federal government officers in their official and personal capacities.

FRCP (i)(2) provides that service of process to federal government officers sued in their official capacity be served via the U.S. Attorney for the district where the action

is brought and also a copy of the summons and of the complaint be sent by registered or certified mail to said defendants.

FRCP 4(i)(3) provides that service of process to federal government officers sued in their personal capacity be served via the U.S. Attorney for the district where the action is brought, and also under FRCP4(e).

FRCP 4(e)(2)(c) specifically provides an option to deliver summons and complaint to an agent authorized by appointment or by law to receive service of process. In addition to the worldwide pandemic that has caused a general disruption of services, there has been an ongoing crisis in the U.S. Postal Service that has caused serious delays. https://en.wikipedia.org/wiki/2020_United_States_Postal_Service_crisis. In view of the foregoing, it is respectfully requested that, pursuant to FRCP 4(e)(1)(c), this Honorable Court order the U.S. Attorney's Office as a person specially appointed to receive service of process on defendants' behalf, in all applicable sections of FRCP 4(i)(2) and FRCP 4(i)(3), as the U.S. Attorney's Office will anyway receive one set of service of process.

In the alternative, it is respectfully requested that this Honorable Court order a specially appointed marshal or deputy marshal or any other person specially appointed by the Court, pursuant to FRCP 4(c)(3), to execute service of process (summons and complaint) on individual defendants in their official and personal capacities, in compliance with the second part of each subsection of FRCP 4(i)(2) and FRCP 4(i)(3).

**WHEREFORE,** it is respectfully requested that this Honorable Court issue order pursuant to FRCP 4(e)(1)(c) to appoint the U.S. District Attorney's Office in Puerto Rico to receive *two* services of process per individual defendant: 1) one service to be received

by the U.S. District Attorney's Office as provided by the FRCP 4(i)(2) and FRCP 4(i)(3), and 2) another service, such that instead of being sent by USPS mail or otherwise under FRCP 4(e) for out-of-state individual defendants in their personal capacities, be received by the same U.S. District Attorney's Office on behalf of the individual defendants, in both their official and personal capacities, to be deemed in compliance with FRCP 4(i)(2) and FRCP 4(i)(3). In the alternative, it is respectfully requested that service be made by the marshal or deputy marshal or any other person specially appointed by the Court, pursuant to FRCP 4(c)(3).

**RESPECTFULLY SUBMITTED.**

DATED: August 26, 2020.

By: /s/ Isabel Abislaimán

Isabel Abislaimán, Esq.
USDCPR No. 208914
P.O. Box 9023303
San Juan, Puerto Rico 00902-3303
Tel. (787) 525-6242
E-mail: abislaiman@yahoo.com