# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ARNOLD JAY RUIZ AVILES**<br>**Plaintiff**<br><br>v.<br><br>**ANDREW SAUL COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, in his official capacity, SOCIAL SECURITY ADMINISTRATION**<br><br>**Defendants** | **CIV. NO. 3:20-cv-01240-GAG**<br><br>**DECLARATORY JUDGMENT, INJUNCTION** |

## MOTION REQUESTING ORDER FOR SERVICE PURSUANT TO FRCP 4(e)(2)(c) AND FRCP 4 (c)(3)

**TO THE HONORABLE COURT:**

**PLAINTIFF**, **ARNOLD JAY RUIZ AVILES**, represented by his mother, Sandra Avilés Ríos, and his father, Arnold Dean Ruiz Guadarrama, pursuant to FRCP 17(c), through the undersigned *pro bono* legal representative, hereby appears, for good cause alleges and very respectfully requests:

On this same date, Plaintiff has filed an Amended Complaint that includes as Defendant a federal government officer in his official capacity.

FRCP (i)(2) provides that service of process to federal government officers sued in their official capacity be served via the U.S. Attorney for the district where the action is brought <u>and</u> also a copy of the summons and of the complaint be sent by registered or certified mail to said defendants.

FRCP 4(e)(2)(c) specifically provides an option to deliver summons and complaint to an agent authorized by appointment or by law to receive service of process. In addition to the worldwide pandemic that has caused a general disruption of services, there has been an ongoing crisis in the U.S. Postal Service that has caused serious delays. https://en.wikipedia.org/wiki/2020_United_States_Postal_Service_crisis. In view of the foregoing, it is respectfully requested that, pursuant to FRCP 4(e)(1)(c), this Honorable Court order the U.S. Attorney's Office as a person specially appointed to receive service of process on defendants' behalf, in <u>all</u> applicable sections of FRCP 4(i)(2), as the U.S. Attorney's Office will anyway receive one set of service of process.

In addition, it is respectfully requested that all service of process be made by the marshal or deputy marshal or any other person specially appointed by the Court, pursuant to FRCP 4(c)(3).

**WHEREFORE,** it is respectfully requested that this Honorable Court issue order pursuant to FRCP 4(e)(1)(c) to appoint the U.S. District Attorney's Office in Puerto Rico to receive *two* services of process on behalf of defendant Andrew Saul: 1) one service to be received by the U.S. District Attorney's Office as provided by the FRCP 4(i)(2), and 2) another service, such that instead of being sent by USPS mail, be received by the same U.S. District Attorney's Office on behalf of the defendant in his official capacity, to be deemed in compliance with FRCP 4(i)(2). In addition, it is respectfully requested that all service of process be made by the marshal or deputy marshal or any other person specially appointed by the Court, pursuant to FRCP 4(c)(3).

**RESPECTFULLY SUBMITTED.**

DATED: August 28, 2020.

By: /s/ Isabel Abislaimán

Isabel Abislaimán, Esq.
USDCPR No. 208914
P.O. Box 9023303
San Juan, Puerto Rico 00902-3303
Tel. (787) 525-6242
E-mail: abislaiman@yahoo.com