IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EMANUEL RIVERA-FUENTES, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, *et al.*,<br><br>**Defendants.** | Civil No. 20-1444 (FAB) |

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 51), this case is **DISMISSED with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 12, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE